■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN COLE, Appellant. — Appeal by defendant from an amended judgment of the Supreme Court, Kings County (Kooper, J.), rendered November 13, 1979, which revoked a previously imposed sentence of probation and resentenced defendant to five years' imprisonment. Amended judgment affirmed. Defendant was originally convicted of robbery in the third degree, upon his plea of guilty, and sentenced to five years' probation. At proceedings held on November 13, 1979, Justice Kooper revoked defendant's probation and imposed a sentence of five years' imprisonment after a finding that defendant had been arrested for and convicted of additional offenses during his probation period and that defendant had persistently failed to comply with the terms of his probation. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised on appeal. Counsel is granted leave to withdraw (see *Anders v California,* 386 US 738; cf. *People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD LIPORI, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Delin, J.), imposed April 14, 1982. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Thompson, Gulotta and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIUS MITCHELL, Appellant. — Appeal by defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Thorp, J.), imposed January 7, 1982, upon his conviction of criminal possession of a weapon in the fourth degree, upon his plea of guilty, the sentence being a term of imprisonment of 60 days and probation for a period of three years, the imprisonment being a condition of and running concurrently with the probation. Sentence affirmed and case remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). The County Court did not abuse its discretion in imposing sentence. Mollen, P. J., Gulotta, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD VENEZIA, Appellant. — Judgment of the Supreme Court, Kings County (Schneier, J.), rendered April 15, 1982, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). O'Connor, J. P., Bracken, Rubin and Boyers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENALDO VILLANUEVA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Felig, J.), rendered May 23, 1980, convicting him of robbery in the second degree, upon a guilty plea, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on